**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Official Caption[1]

2013-1442
(Reexamination No. 95/000,415)

PANDUIT CORPORATION,

            Appellant,

v.

ADC TELECOMMUNICATIONS, INC.,

            Appellee.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

Authorized Abbreviated Caption[2]

PANDUIT CORPORATION v ADC TELECOMMUNICATIONS, INC., 2013-1442

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.